IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LaTOYA SCOTT                                                              PLAINTIFF

v.                              NO. 2:23-cv-81 JM

MACK'S SPORT SHOP LLLP                                                   DEFENDANT

## JUDGMENT

For the reasons stated in the order entered this date, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of December, 2024.

_____
United States District Judge